# Court of Appeals
## Tenth Appellate District of Texas

10-25-00217-CR

Ex parte Joseph Blair Brooks

On appeal from the
443rd District Court of Ellis County, Texas
Judge  Faith Johnson, presiding
Trial Court Cause No. 52384CR

JUSTICE HARRIS delivered the opinion of the Court.

**MEMORANDUM OPINION**

The Court's opinion and judgment in this case issued on April 9, 2026 are withdrawn.

Because Joseph Blair Brooks was released from prison after posting the amount of bail challenged on appeal and prior to our disposition of the appeal, the premise of his appeal is no longer a controversy between the parties and is moot.

Accordingly, this appeal is dismissed.  *See Ex parte Huerta*, 582 S.W.3d 407, 410-411 (Tex. App.—Amarillo 2018, pet. ref'd).

_____

LEE HARRIS
Justice

OPINION DELIVERED and FILED:  May 14, 2026

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Opinion withdrawn
Dismissed
Do Not Publish
OT06

